**UNITED STATES of America,
Plaintiff-Appellee**

v.

**Frank Allen LONERO, also known as
Frankie, Defendant-Appellant**

**No. 17-10193
Conference Calendar**

United States Court of Appeals,
Fifth Circuit.

Filed February 20, 2018

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff-Appellee

Frank Allen Lonero, Pro Se

Before REAVLEY, CLEMENT, and HO, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Frank Allen Lonero has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Lonero has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Lonero's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.